Salvatore ZAMMARELLI et al.

v.

Malcolm W. BEATTIE et al.

No. 81–148–M.P.

Supreme Court of Rhode Island.

May 7, 1981.

Arthur W. Murphy, Newport, for petitioners.

Tillinghast, Collins & Graham, Steven E. Snow, Providence, for respondents.

ORDER

The petition for writ of certiorari is granted.

■

Richard A. ANDERSON et al.

v.

Richard W. McDERMOTT et al.

No. 81–85–M.P.

Supreme Court of Rhode Island.

May 21, 1981.

Strauss, Factor, Chernick & Hillman, P. C., Joseph C. Lopes, Providence, for petitioners.

Robert H. Newman, City Sol., Central Falls, for respondents.

ORDER

The petition for writ of certiorari is denied.

■

Marcel J. MARCHESSEAULT et ux.

v.

Methodi P. GUIORGIEV et ux.

No. 80–452–A.

Supreme Court of Rhode Island.

May 21, 1981.

Frederick C. Kilguss, Jr., Marion J. Dillon, Providence, for plaintiffs.

Aram K. Berberian, Warwick, for defendants.

ORDER

This case comes before us on a motion by the plaintiffs to affirm the judgment below pursuant to Rule 16(g) of the rules of this court. After considering defendants' brief, the memorandum filed in support of said motion and hearing oral argument on May 14, 1981, we hereby grant the motion and affirm the judgment of the Superior Court.